UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., by and through his next friend, TANITA J.; P.P., by and through his general guardian, REBECCA P.; and J.A., on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY PROBATION DEPARTMENT; TR MERICKEL, in his official capacity as Chief of the Probation Department; KERN COUNTY SUPERINTENDENT OF SCHOOLS; and MARY C. BARLOW, in her official capacity as Superintendent of Schools,,<br><br>Defendants. | No. 1:18-cv-00257-DAD-JLT<br><br><u>ORDER GRANTING MOTION TO PROCEED USING INITIALS</u><br><br>(Doc. No. 5) |

Plaintiffs are minors with various disabilities, proceeding with counsel and challenging their conditions of confinement at Kern County juvenile detention facilities pursuant to claims brought under Title II of the Americans with Disabilities Act, the Rehabilitation Act and the Individuals with Disabilities Education Improvement Act. (Doc. No. 1.) On February 23, 2018, plaintiffs filed an unopposed motion to proceed using their initials as opposed to their full names. (Doc. No. 5.) Federal Rule of Civil Procedure 5.2(a) provides, in relevant part, that "in an

1

electronic or paper filing with the court that contains . . . the name of an individual known to be a minor . . . a party or nonparty making the filing may include only . . . the minor's initials."

Given the sensitive nature of the allegations and the plain language of Rule 5.2(a), it is proper to refer to the minor plaintiffs using only their initials. The court will likewise grant the motion to permit the minor plaintiffs' next friend and general guardian to be referred to using only their initials because they are the relatives of minor plaintiffs, and consequently, disclosure of the next friend and guardian's full names could be tantamount to disclosing the minor plaintiffs' full names.[1]

IT IS SO ORDERED.

Dated: **March 6, 2018**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

---

[1] The order with respect to the use of initials only in referring to plaintiff's next friend and guardian is without prejudice to reconsideration should that become appropriate.

2