UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., by and through his next friend, TANITA J.; P.P., by and through his general guardian, REBECCA P.; and J.A., on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY PROBATION DEPARTMENT; TR MERICKEL, in his official capacity as Chief of the Probation Department; KERN COUNTY SUPERINTENDENT OF SCHOOLS; and MARY C. BARLOW, in her official capacity as Superintendent of Schools,<br><br>Defendants. | No. 1:18-cv-00257-DAD-JLT<br><br>ORDER GRANTING STIPULATION AND JOINT REQUEST TO STAY CASE<br><br>(Doc. No. 10) |

On March 8, 2018, counsel for plaintiffs T.G., P.P., and J.A., and counsel for defendants Kern County, Kern County Probation Department, TR Merickel, Kern County Superintendent of Schools, and Mary C. Barlow, filed a stipulation and joint request to stay all proceedings in this case while the parties engage in structured settlement negotiations. (Doc. No. 10.) The parties also requested an order: (1) vacating the currently scheduled Rule 16 scheduling conference, and excusing the parties from complying with the court's order setting a mandatory scheduling

1

conference while this stay is in effect; (2) extending time for defendants to respond to plaintiffs' complaint until 60 days after the stay is lifted if negotiations are unsuccessful; and (3) scheduling regular dates for the parties to file a joint report, or attend status conference, to update the court on the progress of settlement efforts at 120-day intervals during the stay. (*Id.*) Finding good cause, the court grants the parties' joint motion and orders as follows:

1. This action is temporarily stayed for all purposes while the parties engage in settlement negotiations;
2. The scheduling conference currently set for May 23, 2018 at 8:30 a.m. before Magistrate Judge Jennifer Thurston is hereby vacated;
3. While this stay is in effect, the parties are excused from complying with this court's order setting a mandatory scheduling conference (Doc. No. 4);
4. While this stay is in effect, defendants are not required to file a responsive pleading until 60 days after the stay in this litigation is lifted; and
5. The parties shall file a joint status report advising the court as to the status of the action and whether the stay should continue no later than July 10, 2018, and then every 120 days thereafter while this stay is in effect.

IT IS SO ORDERED.

Dated: **March 9, 2018**

UNITED STATES DISTRICT JUDGE

2