# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., et al., | Case No.: 1:18-cv-00257 DAD JLT |
| Plaintiffs, | ORDER AFTER STATUS REPORT/NOTICE OF SETTLEMENT; ORDER LIFTING STAY |
| v. | |
| KERN COUNTY, et al., | |
| Defendants. | |

A year ago, the Court granted the request to stay the action to allow for settlement negotiations. (Doc. 11) The parties have reported four times (Docs. 17, 21, 24, 27) The parties now report they have resolved the matter but are negotiating a few final points in the settlement agreement. Doc. 27 at 4. Thus, the Court **ORDERS**:

1. The stay is **LIFTED**;

2. Any counsel who has not appeared in this action **SHALL** file a notice of appearance **no later than August 16, 2019**;

3. **No later than August 30, 2019**, plaintiffs **SHALL** file a motion for preliminary approval of the class settlement. The motion **SHALL** be a motion joined by all of the parties to the action, or the defendants **SHALL** file notices of non-opposition immediately after the filing of the motion;

4. Any party who has not yet filed a responsive pleading need not do so unless the Court

1

denies the motion for preliminary approval of the class settlement and then, the responsive pleading will be due 21 days thereafter;

IT IS SO ORDERED.

    Dated: __**August 1, 2019**__            __**/s/ Jennifer L. Thurston**__
                                                    UNITED STATES MAGISTRATE JUDGE