# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., et al., | Case No.: 1:18-cv-0257 – JLT |
| Plaintiffs, | ORDER DENYING AS MOOT PLAINTIFF P.P.'S MOTION FOR REBECCA P. TO REPRESENT P.P. AS A GENERAL GUARDIAN |
| v. | |
| KERN COUNTY, et al., | (Doc. 41) |
| Defendants. | |

Plaintiff P.P. filed a motion for authorization of Rebecca P. to represent him as his general guardian. (Doc. 41) Two days later, P.P. filed a motion for Rebecca P. to be appointed as his guardian ad litem in this action. (Doc. 45) Thereafter, Rebecca P. was appointed as P.P.'s guardian ad litem and authorized to prosecute this action on his behalf. (Doc. 46)

Accordingly, the motion for Rebecca P. to proceed as his "general guardian" (Doc. 41) is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated: **October 31, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE