# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G. et al., <br>         Plaintiffs, <br>    v. <br> KERN COUNTY, et al., <br>         Defendants. | Case No.: 1:18-cv-0257- JLT <br><br> ORDER GRANTING APPROVAL OF THE CLASS NOTICE <br><br> (Doc. 51) |

The plaintiffs filed the "Notice of Proposed Settlement of Class Action Litigation" for the Court's approval. (Doc. 51) Review of the notice indicates it includes the revisions required by the Court. In addition, the contains the information required by Rule 23of the Federal Rules of Civil Procedure, including: the nature of the action, the class definition approved by the Court, the claims and issues to be resolved, representation by counsel, how a class member may comment or object to the settlement, deadlines for responses by class members, and the binding effect of a class judgment. For these reasons, the finalized Class Notice is **APPROVED**.

IT IS SO ORDERED.

Dated: **December 16, 2019**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE