1  CARLY J. MUNSON (SBN: 254598)
   MELINDA BIRD (SBN: 102236)
2  NEERAJ KUMAR (SBN: 317765)
   Disability Rights California
3  1831 K Street
   Sacramento, California 95811-4114
4  Telephone: (916) 504-5800
   Facsimile: (916) 504-5801
5  Email: carly.munson@disabilityrightsca.org
          melinda.bird@disabilityrightsca.org
6         neeraj.kumar@disabilityrightsca.org

7
   THOMAS P. ZITO (SBN: 304629)
8  MICHELLE IORIO (SBN: 298252)
   Disability Rights Advocates
9  2001 Center Street, Fourth Floor
   Berkeley, California  94704-1204
10 Telephone: (510) 665-8644
   Facsimile: (510) 665-8511
11 Email: tzito@dralegal.org
          miorio@dralegal.org
12
   *Attorneys for Plaintiffs*
13
   ADDITIONAL ATTORNEYS ON FINAL PAGE
14

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.G., by and through his Next Friend, TANITA J.; P.P., by and through his General Guardian, REBECCA P.; and J.A.; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KERN COUNTY; KERN COUNTY PROBATION DEPARTMENT; TR MERICKEL, in his official capacity as Chief of the Probation Department; KERN COUNTY SUPERINTENDENT OF SCHOOLS; and MARY C. BARLOW, in her official capacity as Superintendent of Schools, <br><br> Defendants. | **Case No. 1:18-cv-00257-DAD-JLT** <br><br> **[PROPOSED] ORDER CONTINUING FINAL APPROVAL HEARING AND RELATED DEADLINES** <br><br> (Doc. 53) |

The Court has reviewed the Parties' Joint Request to Continue Final Approval Hearing and Related Deadlines and finds that good cause has been shown to continue the final approval hearing and select related filing deadlines.

Accordingly, select deadlines as specified in the Court's Order Granting Preliminary Approval of the Class Action Settlement ("Preliminary Approval Order") (ECF No. 50), are hereby modified as follows:

| Event | Current Deadline | Deadline Continued to: |
|---|---|---|
| File P.P. motion for approval of minor's compromise | March 18, 2020 | May 6, 2020 |
| Respond to objections and file joint motion for final approval of settlements | March 18, 2020 | May 6, 2020 |
| File motion for approval/award of attorneys' fees and costs | March 18, 2020 | May 6, 2020 |

The hearing on final approval of settlement, minors' compromise, and approval/award of attorneys' fees and costs, which is currently set for 9 a.m. on April 15, 2020, is hereby continued to 9 a.m. on June 8, 2020.

Consistent with the Preliminary Approval Order, the Parties shall still fill their respective declarations regarding dissemination of class notice on or before April 1, 2020.

IT IS SO ORDERED.

Dated: **March 19, 2020**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE