UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.G., BY AND THROUGH HIS NEXT FRIEND, TANITA J., et al.,<br><br>PLAINTIFFS,<br><br>V.<br><br>KERN COUNTY, et al.,<br><br>DEFENDANTS. | Case No. 1:18-cv-00257 JLT<br><br>[~~PROPOSED~~] ORDER ON REQUEST TO SEAL DOCUMENT 56-7 PURSUANT TO LOCAL RULE 141 AND REQUEST TO FILE REDACTED DOCUMENT IN ITS PLACE PURSUANT TO LOCAL RULE 140<br><br>(Doc. 65) |

Document 56-7 contains the name of a child that should have been redacted pursuant to Local Rule 140(a)(i). Good cause appearing to seal the document in question (Document 56-7) the Court grants the request and orders as follows:

Document 56-7, which is Exhibit C to Document 56-4 titled, "William Dickinson's Declaration Re Dissemination of the Notice of Proposed Settlement of Class Action Litigation in Compliance with Court's Order Granting Preliminary Approval of the Class Action Settlement (Doc. 36)," is **ORDERED** to be **SEALED**;

///

///

///

///

1

The Probation Defendants **SHALL** file the "Amended Exhibit C," a copy of which is attached to the Request to Seal Document as Exhibit A, that redacts the minor's name on page 2 of the four-page document.

IT IS SO ORDERED.

| Dated:   **May 27, 2020** | /s/ Jennifer L. Thurston |
|---|---|
| | UNITED STATES MAGISTRATE JUDGE |